# 403 Forbidden

nginx/1.14.0 (Ubuntu)

Cited in Van Elzen v Global Strategy Group 20CV3541 Decided 1/19/21
Archived on 1/20/21
This document is protected by copyright. Further reproduction is prohibited without permission.