UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
**DAVID VAN ELZEN**, individually and on behalf of all others similarly situated,

       *Plaintiff*,

v.

**GLOBAL STRATEGY GROUP, LLC.**, a New York limited liability company,

       *Defendant*.
-------------------------------------------------------X

Case No. 1:20-cv-03541-JPO

**MOTION FOR ADMISSION PRO HAC VICE**

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Patrick H. Peluso, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff in the above-captioned action.

    I am in good standing of the bar of the State of Colorado and there are no pending disciplinary proceedings against me in any state or federal court. I have attached the affidavit required by Local Rule 1.3.

                             Respectfully Submitted,

                             **David Van Elzen**, individually and on behalf of class of similarly situated individuals

Dated: September 16, 2021              By: /s/ Patrick H. Peluso

                             Patrick H. Peluso
                             Woodrow & Peluso, LLC
                             3900 E. Mexico Avenue, Suite 300
                             Denver, CO 80210
                             Phone: (720) 213-0676

Email: ppeluso@woodrowpeluso.com