

**STATE OF COLORADO**, ss:

I, **Cheryl Stevens** Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Patrick Harry Peluso**

has been duly licensed and admitted to practice as an

*ATTORNEY AND COUNSELOR AT LAW*

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **3rd** day of **November** A.D. **2014** and that at the said **Patrick Harry Peluso** is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **16th** day of **September** A.D. **2021**

**Cheryl Stevens**
Clerk

By _____
Deputy Clerk