**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------X

DAVID VAN ELZEN, individually and on behalf of all others similarly situated,

       *Plaintiff,*

v.

GLOBAL STRATEGY GROUP, LLC., a New York limited liability company,

       *Defendant.*

---------------------------------------------------X

Case No. 1:20-cv-03541-JPO

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Patrick H. Peluso, on oath, submit the following Affidavit in support of my Motion for Admission Pro Hac Vice.

1. I have never been convicted of a felony;
2. I have never been censured, suspended, disbarred, or denied admission or readmission by any court;
3. There are no disciplinary proceedings presently against me;
4. There have never been any disciplinary proceedings against me in any court.

Further affiant sayeth not.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in the State of Colorado, on September 16, 2021.

*Patrick Peluso*  09/16/2021

Patrick H. Peluso

Identification produced: CO Driver's License

Please see notarial certificate

Notarized online using audio-video communication

JURAT

State/Commonwealth of ___FLORIDA___   )
☐ City ☑ County of ___Hillsborough___  )
                                       )

On __09/16/2021__, before me, _____William A Gonzalez_____,
      Date                               Notary Name

the foregoing instrument was subscribed and sworn (or affirmed) before me by:

_____Patrick Peluso_____
                        Name of Affiant(s)

☐ Personally known to me -- OR --

☐ Proved to me on the basis of the oath of _____ -- OR --
                                           Name of Credible Witness

☑ Proved to me on the basis of satisfactory evidence: ___CO driver's license___
                                                       Type of ID Presented

WILLIAM A GONZALEZ
Notary Public - State of Florida
Commission # HH 129611
Expires on May 13, 2025

WITNESS my hand and official seal.

Notary Public Signature: _William A Gonzalez_ (signature)

Notary Name: ___William A Gonzalez___
Notary Commission Number: ___HH 129611___
Notary Commission Expires: ___05/13/2025___

*Notarized online using audio-video communication*

**DESCRIPTION OF ATTACHED DOCUMENT**

Title or Type of Document: __Affidavit__

Document Date: ___09/16/2021___

Number of Pages (including notarial certificate): ___3___

Notarized online using audio-video communication