UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

**DAVID VAN ELZEN**, individually and on behalf of all others similarly situated,

*Plaintiff*,

v.

**GLOBAL STRATEGY GROUP, LLC.,** a New York limited liability company,

*Defendant*.

---

Case No. 1:20-cv-03541-JPO

**PROPOSED ORDER FOR ADMISSION PRO HAC VICE**

The motion of Patrick H. Peluso for admission to practice Pro Hac Vice in the above-captioned action is granted. Mr. Peluso has declared that he is a member in good standing of the bar of the State of Colorado.

IT IS HEREBY ORDERED that Patrick Peluso is admitted to practice Pro Hac Vice in this case. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____

United States District/Magistrate Judge