UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID VAN ELZEN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GLOBAL STRATEGY GROUP, LLC, a New York limited liability company, and AMERICAN DIRECTIONS RESEARCH GROUP, INC., a Washington DC corporation,<br><br>　　　　　Defendants. | Case No. 1:20-cv-03541-JPO<br><br>Judge J. Paul Oetken<br><br>**PROPOSED ORDER** |

　　　　Upon review of Defendant Global Strategy Group, LLC's ("Global Strategy") Motion to Dismiss Plaintiff's Complaint With Prejudice having been filed on October __, 2021, and Plaintiff's response filed on November __, 2021, and Global Strategy's reply filed on November __, 2021, and upon due consideration, it is hereby

　　　　**ORDERED** that Defendant's Motion is Granted and the Complaint is dismissed with prejudice.

Dated: _____, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States District Judge J. Paul Oetken

154137751.1