

131 South Dearborn Street  
Suite 1700  
Chicago, IL 60603-5559  

T +1.312.324.8400  
F +1.312.324.9400  
PerkinsCoie.com

November 29, 2021

Debra R. Bernard  
dbernard@perkinscoie.com  
D. +1.312.324.8559  
F. +1.312.324.9559

**VIA ECF FILING**

Honorable J. Paul Oetken  
Thurgood Marshall  
United States Courthouse  
40 Foley St.  
New York, New York 10007

      Re:     Van Elzen v. Global Strategy Group LLC et. al., Case No. 20-3541

Dear Judge Oetken:

Perkins Coie LLP represents Global Strategy Group LLC ("GSG") in the above-referenced case. On November 29, 2021, we filed a motion to dismiss (the "Motion"). See Docket Numbers 44-46.

Subject to approval from the Court, the Parties have agreed that the Plaintiff's response will be due on December 31, 2021 and the Defendant's reply will be due on January 18, 2022.

Opposing counsel has reviewed and approved this letter request. We would respectfully request the Court "so-order" the above referenced deadlines if the Court finds them acceptable.

Respectfully submitted,

/s/ Debra R. Bernard

Debra R. Bernard (*admitted pro hac vice*)

cc:

All Parties via ECF

So ordered.  
12/1/2021

_____  
J. PAUL OETKEN  
United States District Judge

154828192.1  
Perkins Coie LLP