UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID VAN ELZEN.,

    Plaintiff,

v.

    Case No. 1:20-cv-03541-JPO

GLOBAL STRATEGY GROUP LLC

    Hon. J. Paul Oetken

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, by and through his attorney, and pursuant to Fed R. Civ. Proc. 41(a)(1)(A)(ii), hereby stipulates and agrees to the dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This notice of dismissal disposes of the entire action.

Dated: April 20, 2022

> Granted.
> As Defendant American Directions Research Group was dismissed by the order at ECF 5, this dismissal resolves all remaining claims.
> The Clerk is directed to lift the stay, file this dismissal, and close this case.
>  So ordered.
>  8/17/2022

Respectfully submitted,

s/ Patrick H. Peluso
Patrick H. Peluso
Woodrow & Peluso LLC
3900 East Mexico Avenue, Suite 300
Denver, CO 80210
Telephone: 702.213.0676
ppeluso@woodrowpeluso.com

_____
J. PAUL OETKEN
United States District Judge